**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

GRACIE DEWEESE                                                                                    PLAINTIFF
ADC #702433

V.                                    NO: 4:08CV00156 BSM/HDY

CORRECTIONAL
MEDICAL SERVICES *et al.*                                                                      DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Arkansas Department of Correction, and Larry Norris, are dismissed, and their names are removed as party Defendants.

DATED this 19th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE